ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

East Coast Entertainment of Durham, LLC,

Plaintiff(s),

v.

Houston Casualty Co. and American
Claims Management Inc.,

Defendant(s).

Case No.  20 cv 6551
Judge Joan B. Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment entered in favor of defendants, Houston Casualty Co. and American Claims Management Inc. and  against plaintiff, East Coast Entertainment of Durham, LLC.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion to dismiss the complaint  [11].

Date:  9/23/2021           Thomas G. Bruton, Clerk of Court

Marlan Cowan , Deputy Clerk